UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

HARRISON R. BRAY

VERSUS

STRATEGIC RESTAURANTS
D/B/A BURGER KING, ET AL

CIVIL ACTION

NO. 08-767-JJB-SCR

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated December 30, 2009 (doc. no. 38) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the Plaintiff's Motion to Remand is DENIED.

Baton Rouge, Louisiana, this 4th day of February, 2010.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE